BOWE v. BOWE. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Michael A. Bowe against Stella Bowe. No opinion. Motion denied, with leave to renew after decision of motion to open default in the court below.

BRACKIN, Respondent, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Mary Brackin, as administratrix, etc., against Clifford L. Miller and others. No opinion. Motion for leave to appeal to the Court of Appeals granted.

BRADY, Respondent, v. DEMPSEY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Susan Brady against James Dempsey, impleaded. T. M. Tyng, for appellant. A. R. Latson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BRADY, Respondent, v. MAXWELL-BRISCOE MOTOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Arthur C. Brady against the Maxwell-Briscoe Motor Company. No opinion. Judgment and order unanimously affirmed, with costs.

BREW, Respondent, v. BRISTOL, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Emily A. Brew against George W. Bristol. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

BRIETTE, Respondent, v. RUTLAND R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Ezra Briette against the Rutland Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BRIGGS AVE. SCHOOL SITE. (Supreme Court, Appellate Division, First Department. October 18, 1907.) In the matter of the Briggs Avenue school site. No opinion. Reference ordered. Settle order on notice.

In re BRISTOW. TEALE, Respondent, v. STOLL, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1907.) In the matter of the judicial settlement of the account of Henry Bristow, public administrator, as administrator of the goods, chattels, and credits which were of Robert E. Boyd, deceased. Action by Charles E. Teale, public administrator and successor to Henry Bristow, against Louis Stoll. No opinion. Motion to resettle order granted.

BRODERICK, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by John D. Broderick against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the finding of the jury that the plaintiff was free from contributory negligence is against the weight of evidence.

COCHRANE, J., dissents. SEWELL, J., not sitting.

BRONOLD et al., Respondents, v. ENGLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1907.) Action by Louis Bronold and others against August Engler. No opinion. Motion for leave to appeal to the Court of Appeals granted. See 105 N. Y. Supp. 508.

BROOKLYN UNION COAL CO., Respondent, v. DEMUTH GLASS MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the Brooklyn Union Coal Company against the Demuth Glass Manufacturing Company. No opinion. Motion to dismiss appeal denied, without costs. If the minutes cannot be procured, the return must be made showing that fact and the reason why.

BROOKS BROS., Respondents, v. TIFFANY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 22, 1907.) Action by Brooks Bros. against Burnett Y. Tiffany, impleaded. A Tulin, for appellant. L. M. Berkeley, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to amend on payment of costs in this court and in the court below. Order filed.

INGRAHAM, J., dissents.

BROSSOIT, Appellant, v. EQUITABLE SECURITIES CO., Respondent. (Supreme Court, Appellate Division, First Department, November 8, 1907.) Action by Henrietta Brossoit, as administratrix, against the Equitable Securities Company. I. N. Miller, for appellant. C. A. Boston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BROWN, Appellant, v. COOPER PAPER BOX CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 2, 1907.) Action by Nellie Brown, an infant, etc., against the Cooper Paper Box Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that the trial judge committed reversible error in ruling upon questions of evidence.

McLENNAN, P. J., dissents.

BRUNO, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Frank V. Bruno against Martin Reynolds.

No opinion. Judgment and order unanimously affirmed, with costs.

---

In re BUNKER. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) In the matter of the settlement of the accounts of Ten Eyck Bunker, as administrator, etc. No opinion. Decree of Surrogate's Court affirmed, without costs.

---

BURLINGAME, Respondent, v. DYKEMAN, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Appeal from Trial Term, Orange County. Action by Earl Burlingame against James H. Dykeman. From a judgment for plaintiff, and an order denying his motion for a new trial, defendant appeals. Judgment and order affirmed. Hugo Hirsh (Ferd. W. Buermeyer and Edwin A. Jones, on the brief), for appellant. Phillip V. Fennelly, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

RICH, J. (dissenting). This is an appeal from a judgment entered upon the verdict of a jury in favor of plaintiff in an action brought to recover damages for personal injuries. The accident and consequent injury to plaintiff was caused by his backing into an elevator shaft. Defendant was the owner of the building which was occupied by several different tenants. Plaintiff's employer was a brass goods company occupying the top floor, while defendant's place of business was in the basement. Plaintiff testified that just prior to the accident he used the elevator to take a truck to the street; that he wheeled the truck off the elevator into the street, took on some freight from an express wagon, and started to pull the truck back into the elevator walking backward; that before reaching the elevator, and when about nine feet from it, he looked back, and the elevator was where he left it; that he then turned into his former position and "kept pulling the truck backwards. * * * When I got to the door of the elevator, I fell in." While plaintiff was going nine feet, some one without warning moved the elevator and caused the shaft or opening to be left without protection. There was evidence in the case warranting the conclusion that the elevator was moved by a boy in the employ of defendant. There is no claim, however, that defendant had any personal knowledge of this act on the part of his employé; but this does not relieve him from liability for the negligence of the employé, providing he was acting at the time within the scope of his employment. I have examined the record with care, and am unable to find any evidence tending to show that the boy was engaged in defendant's work at the time. The jury. cannot be permitted to speculate in order to create a basis for a verdict. Bowden v. Mott Iron Works, 113 App. Div. 738, 99 N. Y. Supp. 209. A master is not an insurer against the negligent act of his employé. He can only be charged with such negligence where the act was done while the person was acting within the scope of his employment. There was some evidence from which it might be inferred that the boy was going to the basement and that the defendant occupied that floor. Suppose he was; that of itself proves nothing. The judgment and order should be reversed, and a new trial granted, costs to abide the event.

GAYNOR, J., concurs.

---

BURNS, Appellant, v. DELAWARE & HUDSON CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Peter Burns against the Delaware & Hudson Company.

PER CURIAM. Judgment affirmed, with costs.

SMITH, P. J., dissents.

---

BURROW, Respondent, v. OTTO SARONY CO. et al., Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Ernest M. Burrow against the Otto Sarony Company, impleaded. M. Goodman, for appellant. Y. Allen, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

PATTERSON, P. J., and CLARKE, J., dissent.

---

BURROWS v. SARONY CO. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Ernest M. Burrows against the Sarony Company. No opinion. Motion denied, with $10 costs. Order filed.

---

BUTLER, Respondent, v. MIFFLIN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Arthur B. Butler, as administrator, etc., of John J. Bryant, deceased, against George H. Mifflin and others, copartners, etc. No opinion. Judgment and order affirmed, with costs.

---

BUTLER, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 18, 1907.) Action by Annette Butler against George S. Smith and another. No opinion. Motion denied.

---

BYAM, Appellant, v. LAKEWOOD HOTEL CO., Respondent. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Action by Esther A. F. Byam against the Lakewood Hotel Company. J. A. Smith, for appellant. E. E. Wise, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

CAHILL, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Margaret F. Cahill against the city of Troy. No opinion. Judgment unanimously affirmed, with costs.

---

CALLAHAN v. RODGERS et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by Timothy Callahan against John C. Rodgers, impleaded. No opinion. Motion granted, with $10 costs. Order filed.